MICHELE BECKWITH
Acting United States Attorney
ZULKAR KHAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:25-po-00096-JDP |
| Plaintiff, | [~~Proposed~~] ORDER TO DISMISS AND RECALL NO BAIL WARRANT |
| v. | |
| ELISABETH M. SCHNEIDER, | DATE: May 13, 2025 |
| Defendant. | TIME: 9:00 a.m. |
| | JUDGE: Honorable Jeremy D. Peterson |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:25-po-00096-JDP without prejudice is GRANTED.

It is further ordered that the no bail warrant issued May 20, 2025, is recalled.

IT IS SO ORDERED.

Dated: July 3, 2025

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge